# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| KYAH M., | ) |
|         Plaintiff, | ) |
| v. | ) Docket No. 2:24-cv-00064-NT |
| MICHELLE KING, Acting Commissioner of Social Security, | ) |
|         Defendant. | ) |

## ORDER AFFIRMING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On January 24, 2025, the United States Magistrate Judge filed with the Court, with copies to the parties, her Recommended Decision. The time within which to file objections has expired, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED** and the Commissioner's Decision is **AFFIRMED**.

SO ORDERED.

                                                    /s/ Nancy Torresen  
                                                  United States District Judge

Dated this 11th day of February, 2025.